1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| R.J. a minor, individually and as Successor in Interest to RAMMY JARADAT, deceased, by and through his Guardian Ad Litem, MOHAMMED JARADAT,<br><br>      Plaintiff,<br><br>v.<br><br>City of Los Angeles, a municipal entity, OFFICER DREK LEIPHARDT, an indvdiual, and DOES ! through 10, inclusive,<br><br>      Defendants. | Case No.:  CV 16-7232-CBM (SKx)<br><br>**ORDER RE:  PETITION FOR APPROVAL OF THE DISPOSITION OF THE PROCEEDS OF THE SETTLEMENT ENTERED IN FAVOR OF MINOR PLAINTIFF R.J.** |

20
21
22
23
24
25
26

     The matter before the Court is the Petition For Approval of the Disposition of the Proceeds of the Settlement Entered in Favor of Minor Plaintiff R.J. (the "Petition").  (Dkt. No. 101.)  Petitioner MOHAMMED JARADAT, as the duly appointed Guardian Ad Litem for the minor Plaintiff R.J., has petitioned this Court for approval of a proposed distribution of the proceeds of the out of court settlement of the claims of minor Plaintiff R.J.  Petitioner and counsel for the parties appeared at the hearing on the matter on December 11, 2018.

27
28

     The Court finds the proposed distribution of the proceeds of the settlement to the minor Plaintiff R.J. is fair and reasonable in light of the claims and average

net recovery in similar cases.   *See Robidoux v. Rosengren*, 638 F.3d 1177, 1182 (9th Cir. 2011).  The Court further finds the requested attorneys' fees and costs are reasonable.

Accordingly, the Petition is **GRANTED**, and the proposed disposition and distribution of the proceeds of the settlement of the claims of minor Plaintiff R.J. set forth below is approved:

Total Settlement:  $500,000.00.

Total attorneys' fees awarded:  $180,361.31.

Total costs and expenses to be reimbursed:  $19,638.69.

Total net proceeds to be distributed into the annuity for minor Plaintiff R.J.: $300,000.

The following schedule of periodic payments for minor Plaintiff R.J.'s annuity shall be as follows:

Monthly Income, beginning at age 18
$2,500.00 payable monthly guaranteed for 6 years, beginning 05/20/2031.
Guaranteed Benefit:  $180,000.00.

Monthly Income, beginning at age 24
$3,000.00 payable monthly guaranteed for 5 years, beginning 05/20/2037.
Guaranteed Benefit:  $180,000.00.

Monthly Income, beginning at age 29
$3,500.00 payable monthly guaranteed for 2 years, beginning 05/20/2042.
Guaranteed Benefit:  $84,000.00.

/ / /

/ / /

/ / /

<u>Lump Sum, at age 31</u>

$195,000.00 guaranteed, payable on 05/20/2044.  Guaranteed Benefit: $195,000.00.

TOTAL COST OF ANNUITY:  $300,000.00

TOTAL GUARANTEED BENEFIT FOR ANNUITY:  $639,000.00

The CITY OF LOS ANGELES shall disburse the proceeds of the minor Plaintiff R.J.'s settlement to purchase annuities, as set forth below:

$300,000.00 to "BHG STRUCTURED SETTLEMENTS, INC."

$200,000.00 to "THE COCHRAN FIRM CALIFORNIA TRUST ACCOUNT."

The Petitioner and Petitioner's counsel are authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the disbursement of the proceeds of the minor Plaintiff R.J.'s settlement as set forth in this Order.

**IT IS SO ORDERED.**

DATED:  December 14, 2018.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC:FISCAL