UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 16-7232-CBM-SKx | Date | December 14, 2018 |

| | |
|---|---|
| Title | *R.J. v. City of Los Angeles et al.* |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER TO SHOW CASE RE: PENDING MOTIONS**

Still pending before the Court are the parties' motions in limine and motions for summary judgment. (Dkt. Nos. 60, 67, 84-89, 93-97.)

In light of the Court's Order granting the petition for approval of the disposition of the proceeds of the settlement entered in favor of minor Plaintiff R.J. (Dkt. No. 108), the parties are ORDERED TO SHOW CAUSE, in writing **no later than December 19, 2018**, why the pending motions should not be withdrawn by the parties or dismissed without prejudice. If the parties agree to withdraw the motions, the parties may file a stipulation to withdraw the motions. Said stipulation shall be a proper response to this Order to Show Cause.

The Court further orders the parties to file a joint status report regarding settlement **no later than January 28, 2019**.

**IT IS SO ORDERED.**